Motion GRANTED.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | NO. 3:10-cr-00254 |
| | ) | |
| ROGELIO VILLAR | ) | JUDGE TRAUGER |

**MOTION TO WITHDRAW**

The United States of America respectfully requests this Court to relieve undersigned counsel as counsel of record for the United States. This case was reassigned to Assistant United States Attorney J. Alex Little, who will be the lead attorney.

Wherefore, the United States respectfully requests that this Court grant the above motion and relieve undersigned counsel.

Respectfully submitted,

JERRY E. MARTIN
UNITED STATES ATTORNEY

*s/ Blanche B. Cook*
BLANCHE B. COOK
ASSISTANT UNITED STATES ATTORNEY
Suite A-961
110 9th Avenue, South
Nashville, TN 37203-3870
Phone: (615) 736-5151